## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGIE KESACK, a Parent and Natural Guardian of AJS, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50.<br><br>Defendants. | Case No. 2:25-CV-06607-MRP<br><br>Hon. Mia Roberts Perez<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME AND TO STAGGER BRIEFING FOR DEFENDANTS' ANTICIPATED MOTIONS IN RESPONSE TO THE COMPLAINT** |

Defendants Roblox Corporation ("Roblox"), Epic Games, Inc. ("Epic"), Microsoft Corporation ("Microsoft"), and Mojang AB ("Mojang") and Plaintiff Angie Kesack, as legal guardian of AJS, a minor (collectively, the "Parties") stipulate and respectfully request in accordance with Local Rule 7.4 that the Court enter an order regarding the briefing schedule on Defendants' anticipated motions in response to the Complaint.

1.      On November 21, 2025, Plaintiff filed the Complaint. On November 25, 2025, by order of Chief Judge Beetlestone (Dkt. 6), this case was reassigned to the calendar of Honorable Mia Roberts Perez and marked as related to *Tomlin v. Roblox Corp.*, et al., No. 2:25-cv-04301 (E.D. Pa.) ("*Tomlin*").

2.      On December 3, 2025, Plaintiff served Epic with the summons and Complaint, making Epic's deadline to move, answer, or otherwise respond to the Complaint December 24, 2025.

1

3.      On December 5, 2025, Plaintiff served Roblox with the summons and Complaint, making Roblox's deadline to move, answer, or otherwise respond to the Complaint December 26, 2025.

4.      On December 10, 2025, Plaintiff requested that Microsoft and Mojang waive service, which Microsoft and Mojang accepted, making their deadline to respond to the Complaint February 8, 2026.

5.      The Parties respectfully submit that there is good cause to continue Defendants' deadlines to move, answer, or otherwise respond to the Complaint to March 6, 2026.  Among other responsive motions, Defendants intend to file Motions to Compel Arbitration.

6.      Furthermore, the Parties submit that it would promote efficiency and judicial economy to stagger the foregoing briefing, such that Defendants' Motions to Compel Arbitration are resolved before briefing on Defendants' other responsive motions, including any motions under Fed. R. Civ. P. 12(b), consistent with this Court's order in *Tomlin* (Dkt. 32) and related cases, including in *French v. Roblox Corp.,* et al., No. 2:25-cv-05306 (E.D.Pa.) (Dkts. 18 and 23), and *Mercado v. Roblox Corp.,* et al., No. 2:25-cv-05925 (E.D.Pa.) (Dkt. 34).

7.      Accordingly, the Parties request that the Court order that by briefing the Motions to Compel Arbitration first, Defendants do not waive any defenses available under Rule 12(b) of the Federal Rules of Civil Procedure or otherwise.

WHEREFORE, the Parties respectfully request that this Court enter an order (1) continuing Defendants' deadlines to move, answer, or otherwise respond to the Complaint to March 6, 2026 and (2) permitting Defendants to defer filing any other responsive motions, including any other motions under Fed. R. Civ. P. 12(b), until 60 days after the last of any order from this Court on

Roblox, Epic, Microsoft, or Mojang's forthcoming Motions to Compel Arbitration, without waiver of any available defenses under Fed. R. Civ. P. 12(b).

| Filing Deadline | Motion |
| --- | --- |
| March 6, 2026 | Roblox, Epic, Microsoft, and Mojang's Motions to Compel Arbitration |
| 60 days after the last of any order from this Court on Roblox, Epic, Microsoft and Mojang's Motions to Compel Arbitration | Roblox, Epic, Microsoft and Mojang's other responsive motions |

**IT IS SO STIPULATED**

Dated: December 11, 2025

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: */s/ Ryan Ziminskas*
Ryan Ziminskas (PA Bar No. 332975)
7718 Wood Hollow Drive + Suite 105
Austin, Texas 78731
(T) 512.337.8430
(F) 512.727.3432
*rziminskas@scott-scott.com*

*Attorneys for Plaintiff Angie Kesack, as Parent and Natural Guardian of AJS, a minor*

DECHERT LLP

By: */s/ Sozi Tulante*
Sozi Pedro Tulante
Julia Chapman
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Attorneys for Defendants Microsoft Corporation and Mojang AB*

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Jonathan P. Boughrum*
Jonathan P. Boughrum
Edward J. DeLuca

3

1 Logan Square # 2000
Philadelphia, PA 19103
Telephone:(215) 988-2700
Facsimile: (215) 988 2757
jonathan.boughrum@faegredrinker.com
edward.deluca@faegredrinker.com

HUESTON HENNIGAN LLP

Moez Kaba (*pro hac vice* forthcoming)
Allison Libeu (*pro hac vice* forthcoming)
Padraic Foran (*pro hac vice* forthcoming)
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Adam F. Minchew (*pro hac vice* forthcoming)
aminchew@hueston.com
1 Little W. 12th St., Floor 2
New York, NY 10014
Telephone:     (646) 216-8466
Facsimile:     (888) 775-0898

*Attorneys for Defendant Epic Games, Inc.*

DILWORTH PAXSON LLP

By:  */s/ Jay E. Kagan*
Jay E. Kagan
John J. Higson
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel: 215-575-7000
Fax: 215-575-7200
jkagan@dilworthlaw.com
jhigson@dilworthlaw.com

ORRICK HERRINGTON & SUTCLIFFE LLP

David P. Fuad (*pro hac vice forthcoming*)
John P. Badalich (*pro hac vice forthcoming*)
355 South Grand Avenue
Suite 2700
Los Angeles, CA  90071-1596
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
dfuad@orrick.com
jbadalich@orrick.com

*Attorneys for Defendant Roblox Corporation*

4

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  December 12, 2025

_____

The Honorable Mia Roberts Perez
United States District Judge