# EXHIBIT 1

| UserID | Username | Product | Unit Price | Currency | Order Created | Sale Status | Recurring Status | Gift Purchase | Payment Bonus | Credit Card # | Email | Zip | Provider Subscription ID | Payment Method | SaleID or RecurringScheduleID | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4188121803 | [redacted] | Premium 80 Robux | 0.99 | USD | 02/03/2026 23:11:58 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 4053947723 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3396-6584-9487-30137 02/03/2026 23:11:58 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | 2000 Robuxx | 19.99 | USD | 11/21/2025 23:58:20 UTC | Completed | Not a Subscription | No | Type: GamePassProduct, Target: 1228591447 | [redacted] | [redacted] | [redacted] | Not a Subscription | StripeCard | 3777072175 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country [redacted] US Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3SW4DVC8tJWGhK4H0DrYUPJ9 11/21/2025 23:58:20 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 800 Robux | 9.99 | USD | 10/03/2025 01:02:14 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 3614092210 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete g-GPA.3396-0467-8542-97683 10/03/2025 01:02:14 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 800 Robux | 9.99 | USD | 09/24/2025 12:15:56 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 3587591032 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ps-72858a03-6554-f94e-bbff-a6e8c62c6075-n0 09/24/2025 12:15:56 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 1700 Robux | 19.99 | USD | 09/24/2025 12:14:42 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 3587583711 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ps-a9011fbf-dba2-6445-addc-224ea7342e66-n0 09/24/2025 12:14:42 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 1700 Robux | 19.99 | USD | 09/03/2025 12:19:08 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 3517434798 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ps-bd12b9ca-285c-5947-84a8-58d18624dc8d-n0 09/03/2025 12:19:08 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 800 Robux | 9.99 | USD | 09/03/2025 12:17:23 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 3517429026 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete ps-fff1005a-535b-aa43-9e59-575007af7fd0-n0 09/03/2025 12:17:23 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 1700 Robux | 19.99 | USD | 08/20/2025 22:53:40 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 3467155956 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ps-13551a70-30e6-3e47-a010-f5572ec9c62c-n0 08/20/2025 22:53:40 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 07/27/2025 23:46:23 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 3373123634 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ps-2b2ac6c4-2018-d440-a1e0-6c5aaecca350-n0 07/27/2025 23:46:23 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | 1000 Robuxx | 9.99 | USD | 07/26/2025 00:00:46 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | [redacted] | Not a Subscription | StripeCard | 3364765752 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country [redacted] US Price PaymentStatus Provider Payment ID Created 9.99 Complete stripe-pi_3RovXbC8tJWGhK4H0FUIkoZx 07/26/2025 00:00:46 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | PSPLUSITEM2025Q2 | 0 | USD | 04/24/2025 22:35:17 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 3096482165 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0 Complete ps-011cf377-5982-a94e-91f7-8b0115feb7d0-n0 04/24/2025 22:35:17 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | 2000 Robuxx | 19.99 | USD | 04/21/2025 23:50:07 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | [redacted] | Not a Subscription | StripeCard | 3090487537 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country [redacted] US Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3RGU6DC8tJWGhK4H0jVGvgXN 04/21/2025 23:50:07 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | 2000 Robuxx | 19.99 | USD | 03/18/2025 12:03:27 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | [redacted] | Not a Subscription | StripeCard | 3014168774 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country [redacted] US Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3R3yrgC8tJWGhK4H0r2zB1bx 03/18/2025 12:03:27 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | 2000 Robuxx | 19.99 | USD | 02/19/2025 23:55:27 UTC | Completed | Not a Subscription | No | No Bonus | [redacted] | [redacted] | [redacted] | Not a Subscription | StripeCard | 2964817074 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name [redacted] Address City / State / Country [redacted] US Price PaymentStatus Provider Payment ID Created 19.99 Complete stripe-pi_3QuN6kC8tJWGhK4H0yUajmBS 02/19/2025 23:55:27 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | PSPLUSITEM2025Q1 | 0 | USD | 02/19/2025 23:51:21 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 2964810909 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0 Complete ps-26648a7a-43c2-4643-b6cd-1ee796f76ac6-n0 02/19/2025 23:51:21 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | PSPLUSITEM2024Q5 | 0 | USD | 12/15/2024 00:47:29 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 2806819938 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0 Complete ps-d9e12452-7ba7-0d49-b9d2-2ae716eccfad-n0 12/15/2024 00:47:29 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | PSPLUSITEM2024Q4 | 0 | USD | 11/22/2024 01:14:32 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | PlaystationStore | 2768386526 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0 Complete ps-e9bf7e33-c8b6-0f4a-9866-36e1790f15f0-n0 11/22/2024 01:14:32 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 03/05/2023 21:10:52 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1803151576 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3391-3213-2735-30355 03/05/2023 21:10:52 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 03/05/2023 21:06:59 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1803146526 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3387-2783-5211-59900 03/05/2023 21:06:59 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 03/05/2023 21:06:42 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1803146175 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3397-5076-2212-14779 03/05/2023 21:06:42 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 03/04/2023 18:03:23 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1801260748 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3304-8688-6002-68555 03/04/2023 18:03:23 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 440 Subscribed | 4.99 | USD | 03/04/2023 17:24:25 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1801192872 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3375-3363-5097-59902 03/04/2023 17:24:25 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 02/25/2023 16:10:50 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1792668126 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3365-0997-4730-07817 02/25/2023 16:10:50 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 02/24/2023 15:27:54 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1791104750 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3340-1889-5847-48971 02/24/2023 15:27:54 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 265 Subscribed | 2.99 | USD | 02/24/2023 01:27:46 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1790535187 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 2.99 Complete g-GPA.3333-5868-0855-61412 02/24/2023 01:27:46 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 880 Subscribed | 9.99 | USD | 02/22/2023 13:51:20 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1788792039 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete g-GPA.3371-2891-4707-79075 02/22/2023 13:51:20 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 175 Subscribed | 1.99 | USD | 02/22/2023 13:48:56 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1788790494 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 1.99 Complete g-GPA.3369-0123-5862-00274 02/22/2023 13:48:56 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 88 Subscribed | 0.99 | USD | 02/19/2023 04:32:23 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784663770 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3380-1664-8888-81310 02/19/2023 04:32:23 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Roblox Premium 450 | 4.99 | USD | 02/19/2023 04:26:56 UTC | Cancelled | Inactive | No | No Bonus | | | | g-4ff4f311963d220beb7a6619f5b2c22e | GooglePlayStore | 1784658167 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3382-3851-5329-31917 02/19/2023 04:26:56 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 02/19/2023 03:36:31 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784601856 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3355-0843-1065-08951 02/19/2023 03:36:31 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 02/19/2023 03:34:35 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784599550 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3388-2757-5855-24783 02/19/2023 03:34:35 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 02/19/2023 03:34:03 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784598852 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3388-7446-0137-75169 02/19/2023 03:34:03 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 160 Robux | 1.99 | USD | 02/19/2023 03:32:10 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784596637 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 1.99 Complete g-GPA.3325-2441-7063-28046 02/19/2023 03:32:10 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 02/19/2023 03:31:35 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784595938 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3357-0042-2098-42769 02/19/2023 03:31:35 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 02/19/2023 03:30:12 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784594273 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3342-4958-6397-37949 02/19/2023 03:30:12 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 02/19/2023 03:27:51 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1784591387 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3314-4346-2671-11550 02/19/2023 03:27:51 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 80 Robux | 0.99 | USD | 02/18/2023 14:58:05 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1783530095 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3399-0804-5005-55361 02/18/2023 14:58:05 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 80 Robux | 0.99 | USD | 02/18/2023 14:57:43 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1783529664 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3389-4178-8003-31536 02/18/2023 14:57:43 UTC | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4188121803 | [redacted] | Premium 160 Robux | 1.99 | USD | 01/23/2023 13:18:34 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1744873433 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 1.99 Complete g-GPA.3383-2199-1664-50745 01/23/2023 13:18:34 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 240 Robux | 2.99 | USD | 01/23/2023 13:15:13 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1744871520 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 2.99 Complete g-GPA.3333-0900-5352-35559 01/23/2023 13:15:13 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 160 Robux | 1.99 | USD | 01/23/2023 13:14:37 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1744871147 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 1.99 Complete g-GPA.3303-8105-0994-35131 01/23/2023 13:14:37 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 01/23/2023 13:13:40 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1744870587 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3375-8717-6124-12773 01/23/2023 13:13:40 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 80 Robux | 0.99 | USD | 01/22/2023 22:23:40 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1744173848 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 0.99 Complete g-GPA.3344-0437-9553-48333 01/22/2023 22:23:40 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 01/22/2023 22:12:28 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1744159175 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3356-7829-5454-43111 01/22/2023 22:12:28 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 01/22/2023 22:12:11 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1744158789 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3363-0053-7347-24713 01/22/2023 22:12:11 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 01/21/2023 04:11:37 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1741433366 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3301-1600-4682-90091 01/21/2023 04:11:37 UTC | | | | | | | | | | | | | | | | |
| 4188121803 | [redacted] | Premium 400 Robux | 4.99 | USD | 01/21/2023 04:11:07 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 1741432804 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete g-GPA.3311-3505-3318-24222 01/21/2023 04:11:07 UTC | | | | | | | | | | | | | | | | |