# EXHIBIT 2

| UserID | Username | Product | Unit Price | Currency | Order Created | Sale Status | Recurring Status | Gift Purchase | Payment Bonus | Credit Card # | Email | Zip | Provider Subscription ID | Payment Method | SaleID or RecurringScheduleID | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6200667613 | [redacted] | 2000 Robuxx | 19.99 | USD | 01/15/2025 23:52:07 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2897622068 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-a8edc042-ac54-46c6-b074-0a1ca0f654a2 01/15/2025 23:52:07 UTC | | | | | | | | | | | | | | | | |
| 6200667613 | [redacted] | 2000 Robuxx | 19.99 | USD | 01/15/2025 23:51:52 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2897621659 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-0e31902d-043d-44a5-8614-ad659fbd2770 01/15/2025 23:51:52 UTC | | | | | | | | | | | | | | | | |
| 6200667613 | [redacted] | Premium 800 Robux | 9.99 | USD | 12/18/2024 23:36:14 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | GooglePlayStore | 2814042749 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 9.99 Complete g-GPA.3383-1718-4487-70260 12/18/2024 23:36:14 UTC | | | | | | | | | | | | | | | | |
| 6200667613 | [redacted] | Premium 400 Robux | 4.99 | USD | 09/12/2024 22:21:35 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2656641939 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 4.99 Complete ct-acef2b64-22f9-4ab4-9a6d-aa66f2630471 09/12/2024 22:21:35 UTC | | | | | | | | | | | | | | | | |
| 6200667613 | [redacted] | Premium 1700 Robux And Item | 19.99 | USD | 09/12/2024 22:20:33 UTC | Completed | Not a Subscription | No | No Bonus | | | | Not a Subscription | Credit | 2656640584 | |
| Product Expiration: Not currently available due to system upgrade Product Renewal Billing Name Address City / State / Country Price PaymentStatus Provider Payment ID Created 19.99 Complete ct-b93f64ff-dafd-4bd1-8caa-412f7bf69cfb 09/12/2024 22:20:33 UTC | | | | | | | | | | | | | | | | |