# EXHIBIT 3

Game Cards

| Value | Vendor | Merchant | Redemption Code | Created | Updated |
|---|---|---|---|---|---|
| 40 | InComm | Family Dollar | RIAEET8W7MLHCND473 | 01/15/2025 17:51:06 UTC | 01/15/2025 17:51:06 UTC |
| 25 | InComm | Walgreens | RI6LSLX0D2LCNLPLWE | 09/12/2024 17:17:38 UTC | 09/12/2024 17:17:38 UTC |