**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANGIE KESACK, as Parent and Natural Guardian of AJK, a minor,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB., and JOHN DOES 1-50,

Defendants.

Civil Action No. 2:25-cv-06607-MRP

**ORDER**

Defendant Roblox Corporation's Motion to Compel Plaintiff to Arbitration and Stay Proceedings came on for hearing before this Court. After consideration of all the pleadings and evidence submitted and the argument of counsel, the Court hereby ORDERS as follows:

The motion is GRANTED. The parties are directed to arbitration, and this action is stayed pending the completion of the arbitration proceedings.

**IT IS SO ORDERED.**

BY THE COURT:

________________________________

Honorable Mia Roberts Perez
United States District Judge