# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGIE KESACK, as Parent and Natural Guardian of AJK, a minor,<br><br>       Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,<br><br>       Defendants. | Case No. 2:25-cv-06607-MRP<br><br><br>**DECLARATION OF JOSHUA D. SHAW IN SUPPORT OF EPIC GAMES, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |

I, Joshua D. Shaw, declare as follows:

1. I am a resident of Arizona over the age of eighteen (18) years of age. I am a Senior eDiscovery Analyst at Epic Games, Inc. ("Epic"). I have worked for Epic since 2022. I have personal knowledge of the facts herein, and I am otherwise competent to testify. I submit this declaration in support of Epic's Motion to Compel Arbitration and to Stay or, in the Alternative, to Transfer Venue.

## Background

2. Epic is the developer and publisher of the Fortnite video game franchise, including Fortnite: Save the World, Fortnite Battle Royale, and Fortnite Creative. Epic is headquartered in Cary, North Carolina, and its senior leadership team works principally at the Cary, North Carolina headquarters or nearby facilities, as do hundreds of other employees. *Fortnite* was created primarily at Epic's headquarters in Cary, North Carolina, which remains the most significant location of ongoing development work. Epic's physical records relevant to the design, featuring, and marketing of *Fortnite* are primarily located there.

3. Epic released Fortnite: Save the World in July 2017. Epic released Fortnite Battle Royale in September 2017. Epic released Fortnite Creative in December 2018. Epic released Lego Fortnite, Fortnite Festival, and Rocket Racing in December 2023.

4. Fortnite is available to play on Microsoft Xbox, Sony PlayStation, Nintendo Switch, and personal computers and mobile devices through various operating systems.

## Epic Games Account Creation Process

5. Regardless of whether they play Fortnite, players may create an Epic Games account to access Epic's services.

6. Since December 2022, players have been required to provide their date of birth when creating a new Epic Games account or logging in to an existing account with no prior date-of-birth information.

- 1 -

7.      Below is an image of the screen requesting a player's date of birth:



8.      Epic automatically deletes date-of-birth data associated with an Epic Games account after they indicate the account's owner is over 18 years old. So, if Epic currently lacks a record of an account's date of birth, there are two explanations. The first possibility is that the account never provided a date of birth and has not logged in since some time during or before December 2022. The second possibility is that the player provided a date of birth that would make them currently at least 18 years old. If Epic has records of account activity since December 2022 but has no date-of-birth information, then that means the player gave a date of birth that places them currently over the age of 18.

9.      If a player in the United States inputs a birthdate indicating that they are 13 years old or older, the player is taken to the account creation screen where the player is asked for their email address, first name, last name, and country. The player is also asked to choose a display name and password for their Epic Games account. When creating an account, Epic requires that the player choose a unique display name between three and sixteen characters long and a password with at least seven characters, at least one number, at least one letter, and no spaces.

- 2 -

10.    The player must then check a box indicating that they "have read and agree to the terms of service." The words "terms of service" are written in bold font and hyperlinked. When a player activates the hyperlink, it takes the player to a website with the full text of the Epic Games Terms of Service. Before November 28, 2025, the Epic Games Terms of Service informed players that "[i]f you choose, or are provided with, a user name, password, or any other piece of information as part of our security procedures, you must treat such information as confidential (other than user name), and you must not disclose it to others." The Terms of Service further provided that a player "may only access the Services through your own account" and that "gifting or otherwise transferring of accounts or access keys is prohibited." Additionally, players agreed to "immediately notify Epic (via privacy@support.epicgames.com) of any unauthorized use of your user name or password or any other breach of security." Effective November 28, 2025, Epic's Terms of Service informs players that "[y]ou may not share your Epic Games Account credentials with others" and may not "sell it, give it away, trade it, or use someone else's Epic Games Account, even if they let you." The Terms of Service further provides, in bold and italicized font, "***[f]or any parents or guardians reading this: If you accept these Terms on behalf of a minor in your care for their Epic Games Account, you are agreeing to the Terms on your own behalf and on behalf of the minor***." Attached as **Exhibit 1** is a true and accurate copy of Epic's Terms of Service in effect on November 28, 2025.

11.    After checking the box indicating that they have read and agree to the Epic Games Terms of Service, the player must then click the "Continue" button to proceed to create an Epic

Games account. Below is an image of the account creation screen:



12.     Starting in December 2022, Epic introduced "Cabined Accounts" for players under 13 years old. Players using Cabined Accounts can still play Fortnite but cannot access certain content or features, like voice chat or paid purchases, unless their parent or guardian provides consent. After Cabined Accounts were introduced in December 2022, Epic asked all players for their age when they logged into their Epic Games accounts. If a player entered a birthdate indicating that they were under 13 years old, their account became a Cabined Account.

13.     For accounts created after Epic introduced Cabined Accounts, a Cabined Account is created if a player inputs a birthdate indicating that the player is under 13 years old. Attached as **Exhibit 2** is a true and accurate copy of images reflecting each stage of the process of creating a Cabined Account.

14.     As part of the process of creating a Cabined Account, the player is asked to provide an email address for their parent or guardian. Pending parental verification, the Cabined Account is assigned a unique display name. Regardless of whether the account created is a Cabined

Account, the player is asked to create a password for their account. The password must have at least seven characters, at least one number, at least one letter, and no spaces. The player must then check a box indicating that they "have read and agree to the terms of service." The words "terms of service" are written in bold font and hyperlinked. When a player activates the hyperlink, it takes the player to a web site with the full text of the Epic Games Terms of Service.

15. For Cabined Accounts, Epic then sends an email to the address provided for the player's parent or guardian. The email informs the parent or guardian that their "child has created an Epic Games account or requested access to features which require your permission." The parent or guardian can (1) click "Continue" to provide consent, review account permissions, and set up parental controls; (2) delete their child's Epic Games account; or (3) opt-out of further requests for parental permission.

16. Below is an image of the email described above:



17.     If the parent or guardian selects "Continue," they are brought to a webpage titled "Notice of Data Practices and Parental Controls" where they are informed of Epic's data collection practices, Terms of Service, and Privacy Policy. The language on the screen informs the parent or guardian: "By selecting **Agree**, you accept Epic's data practices described above and the Epic Terms of Service, and acknowledge that you have read the Epic Games Privacy Policy. If you agree, you will continue to select your preferences and set up parental controls." The Epic Terms of Service and Epic Games Privacy Policy are hyperlinked and, when activated, direct the parent or guardian to web pages displaying their full terms. Before continuing, the parent or guardian must select "Agree" to agree to the Epic Terms of Service. If the parent or guardian clicks "Decline," their child's account remains a Cabined Account. (*See* Ex. 2 at 11.)

18.     Below is an image of the webpage described above:



19. After the parent or guardian clicks "Agree," they are then directed to a series of pages where they have the option to select parental controls and preferences for their child's account, including settings for text and voice chat, game ratings, and content that their child may (or may not) access. (*See id*. at 12-16.)

20. The parent or guardian must also confirm that they have parental responsibility for the minor and, assuming they have not done so previously, verify that they are an adult by providing their credit card information or last four digits of their social security number to Kids' Web Services, Epic's parent verification solution. (*See id*. at 17-18.)

21. Below is an image of the adult verification screen described above:



22. After the adult verification process is complete, the parent or guardian is taken to a final screen where they are notified that they have successfully set permissions for their child's Epic Games account. The parent or guardian is also notified that they may change parental controls for their child's account using the Epic Account Portal. Below is an image screen described above.

- 8 -



**Epic Games Console-Linked Account Creation Process**

23.    In lieu of creating an Epic Games account in the manner described above, players with a video game console, such as an Xbox or PlayStation, may create an account limited to use on that console, linked to their console account. When creating a console-linked account, Epic requires that the player choose a unique display name between three and sixteen characters long and a password with at least seven characters, at least one number, at least one letter, and no spaces.

24.     Since December 2022, players have been required to provide their date of birth when creating such a console-linked account or when logging in to an existing console-linked account with no prior date-of-birth information. Below is an image of the screen requesting a player's date of birth on a console-linked account:



25.     Epic automatically deletes date-of-birth data associated with a console-linked account after they indicate the account's owner is over 18 years old. So, if Epic currently lacks a record of an account's date of birth, there are two explanations. The first possibility is that the account never provided a date of birth and has not logged in since some time during or after December 2022. The second possibility is that the player provided a date of birth that would make them currently at least 18 years old. If Epic has records of account activity since December 2022 but has no date-of-birth information, then that means that the player gave a date of birth that places them currently over the age of 18.

26.     If a player in the United States inputs a birthdate indicating that they are 13 years old or older, the player is prompted to accept the Terms of Service (discussed in more detail below) and may then proceed to play Fortnite. Attached as **Exhibit 3** is a true and accurate copy of images reflecting each stage of the process of creating a console-linked account for players who indicate

that they are 13 years old or older, as it existed through November 27, 2025. Attached as **Exhibit 4** is a true and accurate copy of images reflecting each stage of the process of creating a console-linked account for players who indicate that they are 13 years old or older, as it exists from November 28, 2025 to present.

27.     If a player in the United States inputs a birthdate indicating that they are 12 years old or younger, the player is given a cabined account until their parent or guardian provides consent. Attached as **Exhibit 5** is a true and accurate copy of images reflecting each stage of the process of creating a console-linked account for players who indicate that they are 12 years old or younger, as it existed from December 2022 through November 27, 2025. Attached as **Exhibit 6** is a true and accurate copy of images reflecting each stage of the process of creating a console-linked account for players who indicate that they are 12 years old or younger, as it exists from November 28, 2025 to present.

28.     Once a player inputs a birthday indicating that they are 12 years old or younger, they are presented with a screen that states: "Due to your age, some features are unavailable until your parent or guardian gives you permission to use them." The screen prompts the user to "Enter Parent or Guardian email address" and informs the user that "[w]e'll send them an email to let them know you're here and how to give you permission." Below is an image of this screen:



29.     The player is then presented with a screen that states Epic has assigned the player a display name. Epic informs the player that they "can change" their display name "after your parent or guardian completes your account's setup." Below is an image of this screen:



30.     To complete the account creation process, the player is required to accept the Terms of Service (discussed in more detail below) and is then informed that they "can play now" but that "[s]ome features are unavailable until your parent or guardian gives you permission to use them." Below is an image of the screen players are presented with if they accept the Terms of Service:



31.      The console-linked account will remain cabined until a parent or guardian completes the process described above in paragraphs 12 through 22.

**The Fortnite End User License Agreement and Epic's Revised Terms of Service**

32.      From Fortnite's launch in July 2017 until November 27, 2025, all players, regardless of the game mode or the platform used to install and play the game, were required to affirmatively agree to the Fortnite End User License Agreement ("EULA") before players can begin playing the game. Effective November 28, 2025, all players have been required to affirmatively agree to a revised version of Epic's Terms of Service ("TOS"), which now includes terms related to the player's use of many of Epic's offerings, including Fortnite. The Terms of Service also includes arbitration terms substantially similar to the EULA's.

33.      After creating an Epic Games account and downloading the Fortnite software, the relevant agreement (formerly the EULA but now the Epic Games Terms of Service) is displayed on-screen. Players may scroll through the agreement before deciding whether to accept or reject its terms. Players must accept the agreement as a condition of playing.

34.      To accept the agreement, a player must have logged into their Epic Games account by inputting their unique user name and password. The player must then activate an "accept" button using their keyboard, mouse, console controller, or other input device. The player may also "decline" to agree to the agreement by activating a "decline" button. Below is an image of the screen displaying a portion of the agreement that players are presented with to "accept" or "decline" its terms:



35.     The screen displaying the EULA or TOS that players are presented with is identical to the above in all material respects regardless of the platform used to install and play the game (e.g., Microsoft Xbox, Sony PlayStation, Nintendo Switch, personal computer).

36.     From March 2019 until it was replaced by the TOS, the EULA included a binding arbitration agreement, which was prominently called out at the top of the EULA: "You and Epic agree to resolve all disputes between us in individual arbitration (not in court). We believe the alternative dispute-resolution process of arbitration will resolve any dispute fairly and more quickly and efficiently than formal court litigation. Section 12 explains the process in detail. We've put this up front (and in caps) because it's important."

37.     The language that immediately followed, in bold and capitalized font, further alerted players that the EULA contained a binding arbitration provision:

> **THIS AGREEMENT CONTAINS A BINDING, INDIVIDUAL ARBITRATION AND CLASS-ACTION WAIVER PROVISION. IF YOU ACCEPT THIS AGREEMENT, YOU AND EPIC AGREE TO RESOLVE DISPUTES IN BINDING, INDIVIDUAL ARBITRATION AND GIVE UP THE RIGHT TO GO TO COURT INDIVIDUALLY OR AS PART OF A CLASS ACTION, AND EPIC AGREES TO PAY YOUR ARBITRATION COSTS FOR ALL DISPUTES OF UP TO $10,000 THAT ARE MADE IN GOOD FAITH (SEE**

- 13 -

**SECTION 12). YOU HAVE A TIME-LIMITED RIGHT TO OPT OUT OF THIS WAIVER.**

38.    Section 12 of the EULA contained the arbitration provision, which provides, in relevant part:

> You and Epic agree to submit all Disputes between You and Epic to individual binding arbitration. "Dispute" means any dispute, claim, or controversy (except those specifically exempted below) between You and Epic that relates to your use or attempted use of Epic's products or services and Epic's products and services generally, including without limitation the validity, enforceability, or scope of this Binding Individual Arbitration section.
>
> You and Epic agree to arbitrate all Disputes regardless of whether the Dispute is based in contract, statute, regulation, ordinance, tort (including fraud, misrepresentation, fraudulent inducement, or negligence), or any other legal or equitable theory.
>
> . . .
>
> You and Epic agree that whether a dispute is subject to arbitration under this Agreement will be determined by the arbitrator rather than a court.

39.    From time to time, Epic updated the terms of the EULA. Following an update, players who log in to Fortnite were prompted with the updated EULA on-screen and had to again affirmatively select the "accept" button before they could continue playing Fortnite.

40.    Since Fortnite's launch in 2017, Epic updated the EULA and required players to affirmatively agree to the updated EULA terms at least seven times, including most recently on December 17, 2024.

41.    Since November 28, 2025, Epic's TOS has included a binding arbitration agreement, which is prominently called out at the top of the TOS in bold and italicized font: "***By accepting these Terms, you (& your parent/guardian) agree to abide by these rules, including limits on Epic's liability to you, rules for in-game content, arbitration of disputes, and Epic's right to amend these Terms and terminate Epic Games Accounts.***"

42.    Section 17 of the TOS contains the arbitration provision, which provides, in relevant part:

- 14 -

> The informal resolution and Binding Individual Arbitration requirements in this Section apply to all Disputes between you and Epic. "Dispute" means any dispute, claim, or controversy (excluding those exceptions listed below), whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, that relates to any Licensed Product or the Licensed Products generally, your use or attempted use of a Licensed Product, or these Terms, including the validity, enforceability, or scope of this agreement to arbitrate or any portion of it. In Disputes involving minors, Disputes asserted both by the minor(s) and/or by the minor's or minors' parent(s) or guardian(s) are subject to this agreement to arbitrate, and the use of "you" in this Section means both the Adult and the minor(s).

43. Players may view and download the EULAs and Terms of Service that they have accepted by logging into their Epic Games account and navigating to "Legal history." The current Terms of Service is also publicly available on Epic's website at www.epicgames.com/tos.

**The EULA's and the TOS's 30-Day Opt-Out Provision**

44. The EULA included a paragraph entitled in bold font "**Your 30-Day Right to Opt Out**." This section provided that players "have the right to opt out of and not to be bound by the arbitration" provisions in the EULA. It further provided that players "must send written notice of your decision to the following address: Epic Games, Inc., Legal Department, ATTN: ARBITRATION OPT-OUT, Box 254, 2474 Walnut Street, Cary, North Carolina, 27518, U.S.A." to exercise the right to opt out. The EULA also included specific requirements for what must be included in the written notice to be effective:

> Your notice *must* include your name, mailing address, and account name you use while playing Fortnite, and state that you do not wish to resolve disputes with Epic through arbitration. ***To be effective, this notice must be postmarked or deposited within 30 days of the date on which you first accepted this Agreement unless a longer period is required by applicable law; otherwise you will be bound to arbitrate disputes in accordance with this section.***

The EULA further advised players that they "are responsible for ensuring that Epic receives your opt-out notice."

45. Similarly, the TOS includes a paragraph entitled in bold font "**Your 30-Day Right to Opt Out.**" This section provides that players "may opt-out of the Binding Individual Arbitration requirement" by "sending written notice to Epic Games within thirty (30) days of signing up for

the Licensed Products for the first time." It further provides that "[o]nce the 30-day period has expired, you may only opt-out of future material changes to the Binding Individual Arbitration by sending written notice within thirty (30) days after Epic Games provides notice of those changes" and that "an opt-out notice is prospective only and does not revoke or otherwise affect any previous agreement to the Binding Individual Arbitration requirement." The TOS advises players that they "must send a written notice entitled 'Arbitration Opt-Out Notice' to the following address: Epic Games, Inc., Legal Department, ATTN: ARBITRATION OPT-OUT, Box 254, 2474 Walnut Street, Cary, North Carolina, 27518, U.S.A." to exercise the right to opt out. The TOS also includes specific requirements for what must be included in the written notice to be effective:

> To be valid, the opt-out notice must be sent to Epic Games from the End User who wants to opt-out (or that End User's parent or guardian) and include (a) the End User's full name, Epic Games Account, and email address, (b) a clear statement that the End User wants to opt-out of the Binding Individual Arbitration, or wants to opt-out of a material change to the Binding Individual Arbitration, as applicable, and (c) the End User's signature (or the signature of the End User's parent or guardian, if the End User is a minor).

**The EULA's and TOS's Forum Selection Clause**

46.     Since 2017, the EULA included a mandatory forum selection clause. The EULA provided:

> This Agreement is entered into in the State of North Carolina, U.S.A., and shall be governed by, and construed in accordance with, the laws of the State of North Carolina, exclusive of its choice of law rules. For any Disputes deemed not subject to binding individual arbitration, as provided in the section immediately below, you and Epic agree to submit to the exclusive jurisdiction of the Superior Court of Wake County, North Carolina, or, if federal court jurisdiction exists, the United States District Court for the Eastern District of North Carolina. You and Epic agree to waive any jurisdictional, venue, or inconvenient forum objections to such courts (without affecting either party's rights to remove a case to federal court if permissible), as well as any right to a jury trial.

47.     Similarly, the TOS includes a mandatory forum selection clause. The TOS provides:

> Except as otherwise required by applicable law, any dispute, claim, or controversy between you and Epic that relates to any Licensed Product or the Licensed Products generally, your use or attempted

- 16 -

use of a Licensed Product, or these Terms will be decided under North Carolina law (where Epic Games is headquartered), excluding its choice of law rules. For disputes, claims, or controversies not subject to arbitration (discussed below in Section 17), you and Epic submit to the exclusive jurisdiction of the Superior Court of Wake County, North Carolina, or, if federal court jurisdiction exists, the United States District Court for the Eastern District of North Carolina. Except as prohibited by applicable law, you and Epic agree to waive any jurisdictional, venue, or inconvenient forum objections to these courts (without affecting either party's rights to remove a case to federal court if allowed), and any right to a jury trial.

**Epic Games Privacy Policy**

48.     The Epic Games Privacy Policy describes the different ways Epic may collect, use, and share information on, through, or in connection with Epic's services. The Privacy Policy also describes Epic's data retention practices. Epic generally stores personal information for as long as Epic reasonably needs it for the purposes described in its Privacy Policy (like complying with legal obligations, managing internal records, enforcing Epic's terms, and resolving disputes), unless a longer retention period is set by law.

49.     As discussed above, as part of the account creation process, Epic collects a player's date of birth to determine which features to offer and which settings to apply to the player's Epic Games account. Epic does not retain date of birth information for players 18 years old or older. If a player inputs a birthdate indicating that they are under 18 years old, Epic retains the player's date of birth until they turn 18 years old, at which point Epic deletes the information from its records.

**The A.J.K. Accounts**

50.     Upon receiving Plaintiff's Complaint in this action, Epic undertook a thorough search of its records, which are regularly maintained in the ordinary course of business, to identify any Fortnite accounts associated with A.J.K. Epic conducts these searches to, among other things, preserve relevant account-related information.

51.     I understand that on March 10, 2026, Plaintiff's counsel provided Epic's counsel with the following information for the accounts that A.J.K. allegedly uses to play Fortnite:

        a)      Name: ███████████ ;

- 17 -

b)      Date of Birth: ███████;

c)      Plays Fortnite on the Sony PlayStation with the usernames "█████e" and "███████";

d)      Plays Fortnite on the Microsoft Xbox with the username "████████"

e)      Email address: ██████████████.

52.     Epic's investigation identified three accounts that appeared to match information provided by Plaintiff's counsel and in the Complaint (the "A.J.K. Accounts").

a)      <u>A.J.K. Account #1</u>: The first account uses the in-game display name "████████" ("A.J.K. Account #1"). A.J.K. Account #1 was created on November 1, 2019 at 22:29 UTC. The user later input their name as "Angie Kesack" and their email address as "██████████████." Epic's records for A.J.K. Account #1 reflect that, when asked for their birthdate, the user input a birthdate indicating that they were born in September 2013.

b)      <u>A.J.K. Account #2</u>: The second account uses the in-game display name "██████" ("A.J.K. Account #2"). A.J.K. Account #2 was created on June 6, 2022 at 22:47 UTC. When creating A.J.K. Account #2, the user input their name as "Angie Kesack" and their email address as "██████████████." Epic's records for A.J.K. Account #2 do not include the player's date of birth, which means that, when asked for their birthdate, the player input a birthdate that would currently make them 18 years old or older.

c)      <u>A.J.K. Account #3</u>: The third account was created on May 26, 2019 at 23:25 UTC. Epic's records for A.J.K. Account #3 do not include the player's date of birth, which means that, when asked for their birthdate, the player input a birthdate that would currently make them 18 years old or older. Epic's records for A.J.K. Account #3 show that it was created at the same Internet Protocol ("IP") address using the same device identification as

- 18 -

A.J.K. Account #1 and A.J.K. Account #2, strongly suggesting that it and A.J.K. Account #1 and #2 belong to the same user.

53.    Attached hereto as **Exhibit 7** is true and correct account information from Epic's records for the A.J.K. Accounts.

54.    Epic has a record of the Internet Protocol ("IP") address from which the A.J.K. Accounts were created. I can provide the IP addresses if requested.

**The User of A.J.K. Account #1 Agreed to the EULA Six Times and the TOS Once**

55.    Epic maintains electronic records of each instance in which a player accepts the EULA and the TOS. Attached hereto as **Exhibit 8** is true and correct EULA and TOS acceptance data from Epic's records for A.J.K. Account #1.

56.    Epic's records reflect that, when A.J.K. Account #1 was created on November 1, 2019, the user of A.J.K. Account #1 affirmatively agreed to the EULA by pressing the "accept" button on a PlayStation console in the manner described above.[1] The EULA was displayed on-screen to the player as shown above, and the player was required to accept the EULA before playing Fortnite.

57.    Attached hereto as **Exhibit 9** is a true and correct copy of the EULA that the user of A.J.K. Account #1 accepted on November 1, 2019.

58.    Epic's records reflect that on November 18, 2023 at 17:15 UTC, the user of A.J.K. Account #1 affirmatively agreed to the EULA by pressing the "accept" button on a PlayStation console in the manner described above. The EULA was displayed on-screen to the player as shown above, and the player was required to accept the EULA before playing Fortnite.

59.    Attached hereto as **Exhibit 10** is a true and correct copy of the EULA that the user of A.J.K. Account #1 accepted on November 18, 2023.

---

[1] The use of a PlayStation console is reflected in Epic's records by the entry "fn-ps4-CUSA07022_00" in the column under the heading labeled "KEY."

60.     Epic's records reflect on March 31, 2024, at 4:20 UTC, the user of A.J.K. Account #1 affirmatively agreed to the EULA by pressing the "accept" button on a personal computer in the manner described above.[2]

61.     Attached hereto as **Exhibit 11** is a true and accurate copy of the EULA that the user of A.J.K. Account #1 accepted on March 31, 2024.

62.     Epic's records reflect that on October 19, 2024, at 8:10 UTC, the user of A.J.K. Account #1 accepted the EULA by pressing the "accept" button on a mobile device in the manner described above.[3]

63.     Attached hereto as **Exhibit 12** is a true and accurate copy of the EULA that the user of A.J.K. Account #1 accepted on October 19, 2024.

64.     Epic's records reflect that on December 18, 2024, at 1:08 UTC, the user of A.J.K. Account #1 accepted the EULA by pressing the "accept" button on a PlayStation in the manner described above.

65.     Attached hereto as **Exhibit 13** is a true and accurate copy of the EULA that the user of A.J.K. Account #1 accepted on December 18, 2024.

66.     Epic's records reflect that on December 21, 2024, at 17:37 UTC, the user of A.J.K. Account #1 accepted the EULA by pressing the "accept" button on a mobile device in the manner described above.

67.     Attached hereto as **Exhibit 14** is a true and accurate copy of the EULA that the user of A.J.K. Account #1 accepted on December 21, 2024.

68.     Epic's records reflect that on December 25, 2025, at 23:01 UTC, the user of A.J.K. Account #1 accepted the TOS by pressing the "accept" button on a mobile device in the manner described above.

---

[2] The use of a personal computer is reflected in Epic's records by the entry "fn" in the column under the heading labeled "KEY."

[3] The use of a mobile phone is reflected in Epic's records by the entry "mfnlaunch" in the column under the heading labeled "KEY."

69. Attached hereto as **Exhibit 15** is a true and accurate copy of the TOS that the user of A.J.K. Account #1 accepted on December 25, 2025.

70. Epic's records reflect that A.J.K. Account #1 has been used to play Fortnite many times since the filing of the Complaint on November 21, 2025, including as recently as February 14, 2026.

**The User of A.J.K. Account #2 Agreed to the EULA Two Times**

71. Epic maintains electronic records of each instance in which a player accepts the EULA and TOS. Attached hereto as **Exhibit 16** is true and correct EULA and TOS acceptance data from Epic's records for A.J.K. Account #2.

72. Epic's records reflect that on March 5, 2023, at 19:44 UTC, the user of A.J.K. Account #2 affirmatively agreed to the EULA by pressing the "accept" button on a PlayStation console in the manner described above. The EULA was displayed on-screen to the player as shown above, and the player was required to accept the EULA before playing Fortnite.

73. The EULA that the user of A.J.K. Account #2 accepted on March 5, 2023 is attached hereto as **Exhibit 17**.

74. Epic's records reflect on October 15, 2024, at 22:02 UTC, the user of A.J.K. Account #2 affirmatively agreed to the EULA by pressing the "accept" button on a mobile phone in the manner described above.

75. The EULA that the user of A.J.K. Account #2 accepted on October 15, 2024 is attached hereto as **Exhibit 12**.

**The User of A.J.K. Account #3 Agreed to the EULA**

76. Epic maintains electronic records of each instance in which a player accepts the EULA and TOS. Attached hereto as **Exhibit 18** is true and correct EULA and TOS acceptance data from Epic's records for A.J.K. Account #3.

77. Epic's records reflect that, when A.J.K. Account #3 was created on May 26, 2019, the user of A.J.K. Account #3 affirmatively agreed to the EULA by pressing the "accept" button on a PlayStation console in the manner described above. The EULA was displayed on-screen to

the player as shown above, and the player was required to accept the EULA before playing Fortnite.

78.     The EULA that the user of A.J.K. Account #3 accepted on May 26, 2019 is attached hereto as **Exhibit 9**.

79.     Epic did not receive an opt-out notification with respect to the A.J.K. Accounts within 30 days of the date on which the player first accepted the EULA. Even though an opt-out notification after 30 days would have been untimely, Epic has not received an opt-out notification with respect to A.J.K. Accounts as of the date of my declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of April 2026, in Anthem, Arizona.

Signed by:

Joshua D. Shaw

08A4B3460BF94FD...

_____

Joshua D. Shaw