# EXHIBIT 2













# Email Verification

Hello ,

Your account is nearly set up. Please use this code to verify your email address.

## 6 2 6 0 8 1

**Code will expire in 30 minutes.**

Code expired? Please sign up again to get a new code.

If you're having issues with email verification or creating an account, please contact player support If you did not make this request, you can ignore this email. No account will be created.

Thank you,
The Epic Games Team

**Need Help?** help.epicgames.com



## Enter a Parent or Guardian Email Address

Due to your age, your account is now a Cabined Account. We need your parent or guardian's permission to use some features. We'll send them an email to let them know about your account and how to give you permission.

Parent or Guardian Email Address



**CONTINUE**

[Privacy Policy](#)

Learn more about [Cabined Accounts](#)



## Your New Display Name

You can change it after your parent or guardian finishes setting up your Epic Games account. If you had an Epic Display Name before, you can recover it by logging into your account and selecting Edit Display Name.

**HilariousMat8001**

Display Names are used across Epic's products including Fortnite, Rocket League and Fall Guys. It appears when others view your profile.

**CONTINUE**

Privacy Policy

Learn more about Cabined Accounts



> ⚠ If you had SMS two-factor authentication enabled, it has been removed. You can set up another two-factor authentication method in your account settings.

## Your Account is Ready

You can now play! Some features need your parent or guardian's permission before you can use them.

**CONTINUE**

Learn more about <u>Cabined Accounts</u>



# Your Child's Epic Games Account

Dear Parent or Guardian,

Your **12** year old child has created an Epic Games Account or requested access to features which require your permission.

An Epic Games account can access games including Fortnite, Rocket League and Fall Guys and services such as the Epic Games Store.

Due to their age, your child has a Cabined Account, an Epic account designed to create a safe and inclusive space for younger players. They can play Fortnite, Rocket League or Fall Guys, but won't be able to access additional features that collect, use, share, or allow disclosure of personal information (such as voice chat) until you provide permission. Your child's account will remain a Cabined Account until you provide permission, or they reach 13 or the age of digital consent in their region, whichever is higher.

**Please click Continue to review their permissions and to set up Parental Controls.**

**CONTINUE**

https://epicgames.com/id/child/authorize?
code=f0b3ce669f1f480092a92acd789a694e

This link will be active for 14 days from your child's initial request on 04-19-2024. If you do not give permission by 05-03-2024, this link will expire and we will delete your email address from our records.

Use these links if you'd like to:
Stop receiving these parental permission requests
Delete your child's Epic Games account

Thank you,
The Epic Games Team



# Notice of Data Practices and Parental Controls

Epic's services include access to the Epic Games Store and Epic-owned games such as Fortnite, Rocket League and Fall Guys. To run these services and provide age-appropriate experiences around the world, Epic collects information from your child as described below.

Some Epic services also include social features like voice and text chat which allow players to share personal information with others. You can enable voice and text chat on the following pages.

**Epic and Data Collection**

When an Epic account is created, Epic collects information including date of birth, country of residence, and gaming platform ID (where available) or email address. Epic collects device and usage information as well. Display names (including platform display names) are shown in Epic's games and services to identify players.

When you agree below, your child may have the option of setting up payments, including card details and billing addresses. If your child enables account security features, Epic may collect mobile phone numbers for that purpose. Epic may share limited account and friend connection information with games acquired from the Epic Games Store to enable social features and improve gameplay. For anyone under 18 using voice chat, voice reporting is on by requirement in supported games. This feature records audio snippets on each chat participant's device which will be sent to Epic only if they report a violation of our Community Rules.

To learn more about our data policies for children, please view the
**Epic Games Children's Privacy Policy**

Approved accounts can make purchases. You can manage purchase permissions through the platform where you make payments. Learn more about changing your platform's parental controls

By selecting **Agree**, you accept Epic's data practices described above and the **Epic Terms of Service**, and acknowledge that you have read the **Epic Games Privacy Policy**. If you agree, you will continue to select your preferences and set up parental controls.

By selecting **Decline**, your child's account will remain a **Cabined Account** and some features will remain unavailable.



# Epic Chat

The following settings apply to products using Epic-controlled text and voice chat with Epic's parental controls and blocking features. Those products include Epic's games and services (like Fortnite, Rocket League, Fall Guys and the Epic Games Store) and products from other companies which use Epic-controlled text and voice chat.

Your selections below won't impact social features owned by other game developers (which may include games obtained in the Epic Games Store) or platforms such as game consoles. Privacy practices and controls of those games and platforms may differ from those at Epic.

 Friends & Teammates is the maximum setting available for children under 13. When your child turns 13 (based on the birthdate they provided), you will be able to choose from additional chat options.

## Who Can Your Child Chat With?

○ **Everybody**
Your child can voice and text chat with any player.

○ **Friends & Teammates**
Your child can voice and text chat with players in their Epic friends list and platform friends list, as well as other players on their team who they may not be friends with.

○ **Friends Only**
Your child can voice and text chat only with players in their Epic friends list and platform friends list. Your child will not be able to hear or be heard by people in their party who are not their friends.

○ **Nobody**
Epic voice and text chat is disabled for your child.

**Note:** Selecting "Nobody" still allows players to use messages from a list of standard in-game safe phrases (e.g. "Nice one!"), if supported. If a selected setting is not yet supported by a game or service, a more restrictive setting is applied.



# Epic Games Store Ratings

With an Epic Games account, your child can also access the Epic Games Store (a digital storefront for games and apps on PC and Mac).

Below you can choose the ratings for new games your child can buy or download in the Epic Games Store. If your child tries to buy or download a new game above your chosen rating, we will require your permission. You can change these settings later in Parental Controls.

Learn More About ESRB Ratings ∧

**Unrated** means it hasn't yet received a rating, or the developer has decided not to have it rated.

**Mature 17+** Content is generally suitable for ages 17 and up. May contain intense violence, blood and gore, sexual content and/or strong language.

**Teen** Content is generally suitable for ages 13 and up. May contain violence, suggestive themes, crude humor, minimal blood, simulated gambling and/or infrequent use of strong language.

**Everyone 10+** Content is generally suitable for ages 10 and up. May contain more cartoon, fantasy or mild violence, mild language and/or minimal suggestive themes.

**Everyone** Content is generally suitable for all ages. May contain minimal cartoon, fantasy or mild violence and/or infrequent use of mild language.

**Note:** This choice doesn't apply to Fortnite which contains a variety of independently-rated experiences. You'll set ratings preferences for Fortnite on the next page.

Unrated

Mature 17+



# Fortnite Content Ratings

With an Epic Games account, your child can access Fortnite.

Every experience in Fortnite has its own rating. Below you can choose the ratings for experiences your child can access in Fortnite. If your child tries to access an experience above your chosen rating, we will require your permission. You can change these settings later in Fortnite's Parental Controls menu or by signing in to the Epic Account Portal.

Learn More About ESRB Ratings ⌃

**Teen** Content is generally suitable for ages 13 and up. May contain violence, suggestive themes, crude humor, minimal blood, simulated gambling and/or infrequent use of strong language.

**Everyone 10+** Content is generally suitable for ages 10 and up. May contain more cartoon, fantasy or mild violence, mild language and/or minimal suggestive themes.

**Everyone** Content is generally suitable for all ages. May contain minimal cartoon, fantasy or mild violence and/or infrequent use of mild language.

Teen ●

Everyone 10+ ●

Everyone ●

**CONTINUE**



# Account Connection Controls

Sign In With Epic is a single sign on (SSO) solution that allows your child to use their Epic account to sign in to or connect external accounts and games from other companies outside the Epic Games Store.

Players can use Sign In With Epic to access games or connect to platforms that aren't operated by Epic. When using Sign In With Epic, players share account information including their Epic ID and Display Name, connected gaming account names, their online presence, and their Epic friends list. Epic may receive similar account information from the connected site or platform.

**Enable Sign In With Epic for Your Child?**

◯ **Yes**

Your child will be able to log in and connect to any non-Epic game or site that uses Sign In with Epic, including games and platforms outside of the Epic Games Store.

◯ **No**

You will be asked to approve each non-Epic game or site to which your child attempts to log in or connect using their Epic Account.

**CONTINUE**





# Choose a method to verify that you are an adult

The Epic Games Team has partnered with KWS for parent verification.

By selecting a verification method below, you confirm that you have parental responsibility for the child and have read KWS' Privacy Policy.

 **Last 4 digits of SSN**
We use Veratad to validate the last 4 digits of your social security number (SSN). >

 **Credit or Debit Card**
We use Stripe to verify you by charging a small fee to your card. We will refund you the fee after. >

Epic Games Privacy Policy

 Powered by KWS — The Leading Parent Verification and Consent Service

Privacy Policy    Terms of use    Help    🌐 English ⌄



# Enter your credit or debit card to verify that you're an adult

We will charge $0.05 to your credit or debit card. This helps to confirm that you are an adult cardholder.

**This amount will be refunded to you in approximately 8-13 business days.**

You will be verified immediately when you submit your details.

  

Payment amount
$0.05

Card number
5254 7500 1164 7791

Expiry date
09 / 27

Security code
428

What's this ∨

🔒 **Charge and Refund My Card**

Powered by **stripe**

Subject:    You have been verified as an adult for Epic Games

You have been verified as an adult for Epic Games



 **Epic Games**

# Hello parent or guardian

You've successfully verified that you are an adult using your credit or debit card.

KWS will charge your payment card $0.05, which will be refunded within approximately 8-13 business days.

Thank you,
The Epic Games Team
Epic Games Privacy Policy

If you have any questions about verification, you can visit KWS parent support site for frequently asked questions or to contact support.

KWS will remember you have verified your age the next time you use this email for any services powered by KWS. Click here to opt out. Read KWS Privacy Policy to learn more.

 **KWS**  Powered by KWS — The Leading Parent Verification and Consent Service

Privacy Policy    Terms of Use    Help



## All Done

You've successfully set permissions for your child's Epic Games account. Please ask your child to log in again so they can access these features.

To change your child's Parental Controls, sign into your child's Epic Games account using the Epic Account Portal

Learn more about Parental Controls