# EXHIBIT 4









