# EXHIBIT 5











**This is your new Display Name**

## GothicGoat6674

Due to your age, we have assigned you a new Display Name. You can change it after your parent or guardian completes your account's setup.

If you previously had an Epic Display Name, you can get it back after your parent or guardian completes account setup by logging into your account and selecting the Edit Display Name option.

Your Display Name will be used across Epic's products including Fortnite, Rocket League and Fall Guys. This Display Name will appear when others view your profile.



Ⓧ **CONTINUE**

Ⓨ Privacy Policy

Learn more about parental permissions at **fn.gg/cabinedaccounts**





