# EXHIBIT 6















