# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGIE KESACK, as Parent and Natural Guardian of AJK, a minor,<br><br>        Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,<br><br>        Defendants. | Case No. 2:25-cv-06607-MRP<br><br>(*Assigned to Judge Mia Roberts Perez*)<br><br>**DECLARATION OF STEWART J. RICKERT IN SUPPORT OF EPIC GAMES, INC.'S MOTION TO COMPEL ARBITRATION** |

- 2 -

I, Stewart J. Rickert, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts in the State of New York. I am an attorney at the law firm of Hueston Hennigan LLP ("Hueston Hennigan"), counsel of record for Defendant Epic Games, Inc. ("Epic") in this action. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify competently to such facts under oath. I submit this declaration in support of Epic Games, Inc.'s Motion to Compel Arbitration and to Stay.

2.      Attached as **Exhibit A** is a true and correct copy of a March 10, 2026 letter that I received from Ryan Ziminskas at Scott & Scott Attorneys at Law, LLP ("Scott & Scott"), Plaintiff's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of April 2026, in New York City, New York.

*Stewart Rickert*

Stewart J. Rickert