## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGIE KESACK, as Parent and Natural Guardian of AJK, a minor,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,<br><br>Defendants. | Case No. 2:25-cv-06607-MRP |

### [Proposed] Order Granting Epic Games, Inc.'s Motion to Compel Arbitration and to Stay or, in the Alternative, to Transfer Venue

Before the Court is Defendant Epic Games, Inc.'s motion to compel arbitration and to stay or, in the alternative, to transfer this action to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a).

After consideration of all submitted papers, argument of counsel, matters of which the Court may take judicial notice, and all other matters presented to the Court in this action, the Court hereby rules as follows:

_____ Defendant Epic Games, Inc.'s motion to compel arbitration and to stay is **GRANTED**. Plaintiff's claims against Epic are **STAYED** pending the outcome of arbitration.

_____ Defendant Epic Games, Inc.'s motion to transfer the action to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a) is **GRANTED**. The Clerk of Court is respectfully ordered to **TRANSFER** this Action to the Eastern District of North Carolina forthwith.

- 2 -

**IT IS SO ORDERED**.

DATED: _____

                                Hon. Mia Roberts Perez
                            United States District Judge