**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANGIE KESACK, as Parent and Natural Guardian of AJK, a minor,<br><br>    Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG AB,<br><br>    Defendants. | Case No. 2:25-cv-06607-MRP |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2026, the following documents were electronically filed with the Clerk of Court and served upon counsel of record through the Court's ECF filing system: Defendant Epic Games, Inc's Motion to Compel Arbitration and to Stay or, in the Alternative, to Transfer (the "Motion"), the Memorandum of Law in Support of Defendant Epic Games, Inc.'s Motion, the Declaration of Joshua Shaw in Support of Epic's Motion, the Declaration of Stewart J. Rickert in Support of Epic's Motion, and the [Proposed] Order Granting Defendant Epic Games, Inc.'s Motion. Counsel of record will be separately copied on an email to the Clerk of Court attaching the unredacted versions of documents filed under seal.

Dated: April 3, 2026

HUESTON HENNIGAN LLP

FAEGRE DRINKER BIDDLE & REATH LLP

/s/ *Moez Kaba*
Moez Kaba (admitted *pro hac vice*)
1 Little W 12th Street, 2nd Floor
New York, NY 10014
Telephone: (213) 788-4340
Email: mkaba@hueston.com

Allison Libeu (admitted *pro hac vice*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92260
Telephone (213) 788-4340
Email: alibeu@hueston.com

Padraic Foran (admitted *pro hac vice*)
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Email: pforan@hueston.com

Adam Minchew (admitted *pro hac vice*)
1 Little W 12th Street, 2nd Floor
New York, NY 10014
Telephone: (646) 216-8466
Email: aminchew@hueston.com

/s/ *Jonathan P. Boughrum*
Jonathan P. Boughrum
Edward J. DeLuca
1 Logan Square # 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Email: jonathan.boughrum@faegredrinker.com
Email: edward.deluca@faegredrinker.com

*Attorneys for Defendant Epic Games, Inc*.